IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-HC-2065-D

BRITTNEY MCCULLOUGH,               )
                                   )
            Petitioner,            )
                                   )
        v.                         )          ORDER
                                   )
STATE OF NORTH CAROLINA,           )
                                   )
            Respondent.            )

On April 9, 2026, Brittney McCullough ("McCullough" or "petitioner"), proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D.E. 1]. On April 14, 2026, Magistrate Judge Jones issued an order of deficiency directing McCullough to file her petition on the forms prescribed for use by this court and to either pay the filing fee or file an application to proceed without payment of fees and affidavit [D.E. 3]. Magistrate Judge Jones warned McCullough that her failure to comply may result in the dismissal of this action without prejudice for failure to prosecute, and sent her the forms needed to comply with the order. See id.

McCullough failed to comply with Magistrate Judge Jones's order, and the time within which to do so has expired. Accordingly, the court DISMISSES the action without prejudice. See Clack v. Rappahannock Reg'l Staff, 590 F. App'x 291, 291–92 (4th Cir. 2015) (per curiam) (unpublished); Ballard v. Carlson, 882 F.2d 93, 95–96 (4th Cir. 1989). The clerk shall close the case.

SO ORDERED. This 14 day of May, 2026.

                                   _____
                                   JAMES C. DEVER III
                                   United States District Judge